NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JERICHO SYSTEMS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**AXIOMATICS INC., AXIOMATICS AB,**
*Defendants-Appellees*

---

2015-1656

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:14-cv-02281-K, Judge Ed Kinkeade.

---

**JUDGMENT**

---

J. KEVIN FEE, Morgan, Lewis & Bockius LLP, Washington, DC, argued for plaintiff-appellant. Also represented by ALEX HANNA; JULIE S. GOLDEMBERG, Philadelphia, PA.

GABRIEL BELL, Latham & Watkins LLP, Washington, DC, argued for defendants-appellees. Also represented by LAWRENCE J. GOTTS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 14, 2016                     /s/ Daniel E. O'Toole
        Date                        Daniel E. O'Toole
                                    Clerk of Court